478 A.2d 58

Commonwealth v. Martinez, Appellant.

Argued April 4, 1984. Stephen D. Converse, for appellant; J. Christian Ness, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Order affirmed.